# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, <br><br> Defendant. | CASE NO. C18-1329 RSM <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS STIPULATED AND AGREED, by the undersigned counsel for plaintiff NORTHWEST ADMINISTRATORS, INC. and defendant PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, ("PARIS LAS VEGAS") and subject to the approval of the Court, that the time by which PARIS LAS VEGAS must answer, move or otherwise respond to plaintiff's complaint in this action is extended to and including November 17, 2018.

DATED: October 18, 2018                GREENBERG TRAURIG, LLP


By   */s/ James M. Nelson*
    James M. Nelson
    GREENBERG TRAURIG LLP
    1201 K. Street, Suite 1100
    Sacramento, CA  95814
    Tel:  (916) 442-1111
    Fax:  (916) 448-1709
    Email:  nelsonj@gtlaw.com

    Attorney for Defendant
    PARIS LAS VEGAS OPERATING COMPANY, LLC, a
    Nevada limited liability company

DATED: October 18, 2018				REID, MCCARTHY, BALLEW & LEAHY, LLP


						By: _/s/ Russell J. Reid_____
						    Russell J. Reid
						    REID, MCCARTHY, BALLEW & LEAHY, LLP
						    100 West Harrison Street, North Tower, #300
						    Seattle, WA 98119
						    Tel:  (206) 285-0464
						    Fax:  (206) 285-8935

						    Attorney for Plaintiff
						    Northwest Administrators, Inc.



IT IS SO ORDERED this 19th day of October 2018.

						_____
						RICARDO S. MARTINEZ
						CHIEF UNITED STATES DISTRICT JUDGE